# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

TODD MISAMORE,

        Plaintiff,

v.                                      Case No. 8:21-cv-98-JRK

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

        Defendant.
_____/

## O R D E R

Plaintiff filed a Motion for Remand Under Sentence Six of 42 U.S.C. § 405(g) and Memorandum of Law (Doc. No. 24; "Sentence Six Motion") on September 7, 2022. Defendant, on September 22, 2022, filed Defendant's Response and Unopposed Motion for Entry of Judgment With Remand (Doc. No. 28; "Sentence Four Motion"), in which Defendant seeks reversal and remand pursuant to sentence four of 42 U.S.C. § 405(g). In light of the Sentence Four Motion, the Sentence Six Motion is due to be denied as moot.

As to the Sentence Four Motion, Plaintiff has no objection to the requested relief, and such a disposition is clearly within the Court's authority. See Shalala v. Schaefer, 509 U.S. 292 (1993). Accordingly, it is

**ORDERED:**

1. Defendant's Response and Unopposed Motion for Entry of Judgment With Remand (Doc. No. 28) is **GRANTED**.

2. The Clerk of Court is directed to enter judgment **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g) with the following instructions:

> On remand, the Appeals Council will instruct the ALJ to address both the supportability and consistency of the opinion evidence, reconsider Plaintiff's RFC, and issue a new decision.

3. The Clerk is further directed to close the file.

4. In the event benefits are awarded on remand, Plaintiff's counsel shall ensure that any § 406(b) fee application be filed within the parameters set forth by the Standing Order on Management of Social Security Cases entered on December 7, 2021 in Case No. 3:21-mc-001-TJC (Doc. No. 43, ¶¶ 6, 8).

5. The Motion for Remand Under Sentence Six of 42 U.S.C. § 405(g) and Memorandum of Law (Doc. No. 24) is **DENIED as moot**.

**DONE AND ORDERED** in Jacksonville, Florida on September 26, 2022.

_____
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies:
Counsel of Record